UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                 Criminal No.: 16-cr-20499

v.                                  Honorable Thomas L. Ludington

SCOTT MCQUARRIE,

        Defendant.
_____/

## ORDER DIRECTING DEFENDANT TO COOPERATE WITH HIS ATTORNEY AND DIRECTING SERVICE OF ORDER ON DEFENDANT

Scott McQuarrie was indicted on June 13, 2016, with six counts alleging that McQuarrie made false statements and converted securitized property in connection with a loan he received from the Farm Service Agency (FSA). On March 13, 2017, the Court held a final pretrial conference with McQuarrie's attorney and the Government. Among the matters discussed at that conference was the fact that a bankruptcy adversary proceeding is pending against McQuarrie as to the same FSA loan. Throughout that discussion, it became apparent that McQuarrie has not fully cooperated with certain aspects of his defense counsel's attempts to investigate the interrelationship of the criminal prosecution and the bankruptcy proceedings. McQuarrie is currently represented by an appointed public defender. But McQuarrie does not have a right to an attorney of his choice or to unnecessarily waste government resources through his noncooperation. *See United States v. Marrero*, 651 F.3d 453, 464 (6th Cir. 2011); *King v. Bobby*, 433 F.3d 483, 492 (6th Cir. 2006). It is in McQuarrie's best interest to fully cooperate with his defense attorney.

Accordingly, it is **ORDERED** that McQuarrie is **DIRECTED** to cooperate with his

court-appointed attorney.

It is further **ORDERED** that McQuarrie's counsel is **DIRECTED** to serve McQuarrie with a copy of this order and file a certificate of service on the docket.

Dated: March 16, 2017                s/Thomas L. Ludington
                                     THOMAS L. LUDINGTON
                                     United States District Judge

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 16, 2017.

s/Michael A. Sian
MICHAEL A. SIAN, Case Manager